FILED: MAY 01, 2008
08CV2498 RCC
JUDGE MORAN
MAGISTRATE JUDGE VALDEZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff**(s): HAL RUDDICK, TIMOTHY THOMAS, FELICIA BRYANT, BARRY CARR, MOSHE DAVIS and MARSHALL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 HEALTH AND WELFARE FUND and HAL RUDDICK, TIMOTHY THOMAS, FLOYD SCHLOSSBERG and MARSHAL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 PENSION FUND.

**Defendant**(S): AMBASSADOR NURSING & REHABILITATION CENTER, INC., and DAVID MEISELS, individually,

County of Residence: Cook

County of Residence: Cook

Plaintiff's Atty:   LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Flr,
Chicago IL 60603
312-372-1361

Defendant's Atty:

<u>II. Basis of Jurisdiction</u>:        **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u>
**(Diversity Cases Only)**

  Plaintiff:-**N/A**

  Defendant:-**N/A**

<u>IV. Origin</u> :       **1. Original Proceeding**

<u>V. Nature of Suit</u>:       **791 E.R.I.S.A**

<u>VI.Cause of Action</u>:       **Collection Action by multi-employer benefit funds brought pursuant to 129 U.S.C. Sec. 1132 (e)(1) & (e)(2) and 29 U.S.C. 185 (a) & (c)**

<u>VII. Requested in Complaint</u>

  Class Action:**No**

  Dollar Demand:

  Jury Demand:**No**

<u>VIII</u>. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**   /s/LaKisha M. Kinsey-Sallis

**Date:**   May 1, 2008