## United States District Court for the Northern District of Illinois

Case Number: 08cv2498            Assigned/Issued By: j. n.

Judge Name: MORAN              Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00       [ ] $5.00
                [ ] IFP          [ ] No Fee       [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____                   Receipt #: 2743590_____

Date Payment Rec'd: 5-1-08_____             Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                                  [ ] Alias Summons

[ ] Third Party Summons                      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons             [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
[ ] Citation to Discover Assets              (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

 2  Original and  0  copies on  5-2-08  as to  ALL DEFENDANTS
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05