UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

HAL RUDDICK, TIMOTHY THOMAS, FELICIA BRYANT, BARRY CARR, MOSHE DAVIS and MARSHALL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 HEALTH AND WELFARE FUND and HAL RUDDICK, TIMOTHY THOMAS, FLOYD SCHLOSSBERG and MARSHAL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 PENSION FUND,

Plaintiffs,

v.

AMBASSADOR NURSING & REHABILITATION CENTER, INC., and DAVID MEISELS, individually,

Defendants.

FILED: MAY 01, 2008
Docket Number: 08CV2498 RCC
Assigned Judge: JUDGE MORAN
MAGISTRATE JUDGE VALDEZ

Designated
Magistrate Judge:

TO:   AMBASSADOR NURSING & REHABILITATION CENTER
      c/o Abraham J. Stern, Registered Agent
      10 S. Wacker Drive, 40th Floor
      Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

Date

May 2, 2008
Date

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 5-5-08 |
| NAME OF SERVER (PRINT) *CHRISTOPHER M. CANTERO* | TITLE *CLERK* |

*Check one box below to indicate appropriate method of service-*

[_]  Served personally upon the defendant. Place where served: _____

[_]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_]  Returned unexecuted: _____

[X]  Other (specify): *BERTHA RIOS - SERVED UPON THE PREVIOUSLY NAMED SECRETARY AT 10 S WACKER*

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *5-5-08*
Date

Signature of Server

*8 S Michigan Ave - Chicago, IL 60603*
Address of Server