UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

HAL RUDDICK, TIMOTHY THOMAS, FELICIA BRYANT, BARRY CARR, MOSHE DAVIS and MARSHALL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 HEALTH AND WELFARE FUND and HAL RUDDICK, TIMOTHY THOMAS, FLOYD SCHLOSSBERG and MARSHAL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 PENSION FUND,

        Plaintiffs,

        v.

AMBASSADOR NURSING & REHABILITATION CENTER, INC., and DAVID MEISELS, individually,

        Defendants.

FILED: MAY 01, 2008
Docket Number: 08CV2498 RCC
Assigned Judge: JUDGE MORAN
MAGISTRATE JUDGE VALDEZ

Designated Magistrate Judge:

TO:    DAVID MEISELS
        5218 14th Avenue
        Brooklyn, NY 11219

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

Date

May 2, 2008
Date


## RETURN OF SERVICE

Court: In the United States District Court—For the Northern District of Illinois, Eastern Division
Case No.: 08CV2498

Plaintiff/Petitioner: **Hal Ruddick, et al.**
vs.
Defendant/Respondent: **Ambassador Nursing & Rehabilitation Center, Inc., et al.**

Received by Elite Process Serving & Investigations, Inc. to be served upon:

**David Meisels**

New York _New York_
COUNTY OF _Kings_

I, _Todd Torito_, depose and state that I am investigator, process server and agent of Elite Process Serving & Investigations, Inc. located in Plainfield, Illinois, with an Illinois Detective Agency License of #117-001199. I was contracted to serve process in the above captioned matter. I further acknowledge that I am authorized to effectuate service of process in the State and County first stated above.

On _5/16/08_ at _10:48 AM_, I served the within **Summons and Complaint** on **David Meisels** at _52-18 14 Ave_, _Brooklyn_, N.Y. _11219_ in the manner indicated below:

☐ **INDIVIDUAL SERVICE:** By personally delivering to and leaving same with said individual and that deponent knew such individual to be the Defendant/Respondent named herein.

  ☐ Actual Place of Residence    ☐ Actual Place of Business within the State

☐ **CORPORATION OR PARTNERSHIP:** By delivering a true and correct copy of each to _____ personally. Deponent knew said corporation/partnership so served to be the corporation/partnership described in said aforementioned document as said defendant and knew said individual to be agent/employee thereof.

☒ **ABODE SERVICE:** By personally delivering to and leaving same with _Joseph Meisels_, an occupant of the premises and a person of the family of the age of 13 year or older and informing this person of the contents thereof. I further mailed a true and correct copy of each in a sealed envelope with postage prepaid addressed to the defendant at the address listed above on _5/16/08_, 2008 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service.

The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

Description of person served: Sex _Male_ Age _30-35_ Race _White_ Hair _Brown_ Height _6'0"_ Weight _195_

X _[signature]_
_Todd Torito_ (print name)
Elite Process Serving & Investigations, Inc.
P.O. Box 4886
Naperville, IL 60567
(630) 299-4600

Subscribed and Sworn to before me on this _19th_ day of _May_, 20_08_
_Kenneth A. Horton_
NOTARY PUBLIC

**KENNETH A. HORTON**
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES _1/13/10_

12315