IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Hal Ruddick, Timothy Thomas, Felicia Bryant, Barry Carr, Moshe Davis, and Marshall Fuller, as Trustees of The Service Employees International Union Local 4 Health & Welfare Fund** | ) ) ) ) ) ) | |
| **and** | ) ) ) | **08 cv 2498** |
| **Hal Ruddick, Timothy Thomas, Floyd Schlossberg and Marshall Fuller, as Trustees of The Service Employees International Union Local 4 Pension Fund** | ) ) ) ) ) ) | **Judge Moran** **Magistrate Valdez** |
| **v.** | ) ) ) | |
| **Ambassador Nursing & Rehabilitation Center, Inc. and David Meisels** | ) ) ) | |

### NOTICE OF FILING

TO:   **LaKisha M. Kinsey-Sallis**
     **Dowd, Bloch & Bennett**
     **8 South Michigan Ave.**
     **19th Floor**
     **Chicago, Illinois 60603**


    PLEASE TAKE NOTICE that on July 17, 2008, we filed with the Clerk of the United States District Court, Defendant DAVID MEISEL'S Answer to Complaint, a copy of which is herewith served on you.

                                                     /s/ Carey M. Stein
                                                 One of Meisel's attorneys

Carey M. Stein
ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
312-782-3484

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the within notice and motion was served electronically through the Court's ECF filing system on:

>**LaKisha M. Kinsey-Sallis**
>**Dowd, Bloch & Bennett**
>**8 South Michigan Ave.**
>**19th Floor**
>**Chicago, Illinois 60603**

/s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

C:\Documents and Settings\All Users\Documents\ACTIVE\meisels (ambassador) v seiu\pleading\NOFmeisels.wpd